UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JORGE BURON AYLLON         :
                           :      Civ. No. 08-701(DRD)
     Plaintiff,            :
                           :
     v.                    :      **O P I N I O N**
                           :
SHARON A. HARRINGTON        :
                           :
     Defendant.            :
_____:

Plaintiff, Jorge Buron Ayllon has filed a five count complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federal rights. He has named four Defendants;

  Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services

  Robert M. Cowan, Director of the RMC/Office #: LA-192 U.S. Department of Homeland Security Lee's Summit, MO National Benefits Center

  Senator Robert Menendez

  State of New Jersey Department of Motor Vehicles

Plaintiff has applied for leave to proceed without payment of fees or costs pursuant to 28 U.S.C. § 1915. Although his application discloses that he has cash or checking or savings accounts in the total amount of $4,000, it also discloses that he is unemployed and possibly is liable for child support. His application under 28 U.S.C. § 1915 will be granted.

However, the court has an obligation under 28 U.S.C. § 1915(e)(2) to examine a complaint filed in forma pauperis and to dismiss it if it is frivolous or malicious or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B).

The court has examined this eight page, single spaced complaint and finds it to be utterly incomprehensible. One can infer from the allegations contained in the complaint's 67 paragraphs

that commencing in August, 2005, Plaintiff had dealings with the drivers license section of the New Jersey Motor Vehicle Agency, that somehow his work permit petition sent from New Jersey to the U.S. Citizenship Immigration Services in Chicago became relevant, that in the course of the interactions with the agencies his name was set forth erroneously on critical documents, appearing variously as Buron or Buronayllon instead of Buron Ayllon, that a work permit he submitted to the Motor Vehicle Agency has vanished, that the mix-ups have created multiple problems for Defendant with credit cards, bank accounts and employment checks.  Somehow all of this is entwined with "the issues of H.I.V., Cuban Mariel, and terrorism". (Para. 29).

It is impossible to provide a coherent statement of the allegations of the complaint; instead, to provide some idea of the difficulties one has with this document, there will be set forth the title of each Count and a few representative paragraphs from the Count.

>COUNT 1: VIOLATIONS of 42 U.S.C. 1983: CONSPIRACY
>
>11.  On the about month of August, 2005 Buron desperate driver licenses to be expired and because many identification required there all department of motor vehicle agency barred to renew the driver license to BURON.
>
>18.  The response of receiving, become from an USCIS Lee's Summit Missouri address post office box as ten months of delay or two months before expires and Buronayllon last name printed in the card mailed.
>
>19.  The schedule of biometric was never send or receive biometric result of Buron effort's schedules appointments at U.S. Citizenship immigration, Newark, Essex County, New Jersey work permit card receive two months before it expired on July 2006.
>
>29.  The people and spy machine trick's aid and abet Buron step in concentrated all his attentions with the public have wrong to his document name to be blamed for the fabrication of other document such are credit card, bank accounts employment checks and any false created are within the issues of H.I.V. Cuban Mariel, and terrorism, play its role in part and in whole.

COUNT 2: VIOLATIONS OF 42 U.S.C. §1983: GENERAL HARASSMENT

38. The final process as to receive the card is believe BURON waiting of work permit. Robert M. COWAN Director of the BMC/Office #: LA-192 U.S. Department of Homeland Security Lee's Summit. MO National Benefits Center and according to his signature of the document has the pretext stating reason of denying work permit card, there after the biometric.

41. That the manipulation of the public is and have being intended to destroy life with the physical aspect of human life stirring passion daily weekly and yearly until the end are principal aspect have being witness in the U.S.A.

COUNT 3: VIOLATIONS OF 42 U.S.C. 1983: GOVERNMENT CREATED CONDUCT

43. New Jersey Senator Robert MENENDEZ has been among the business people that have instigated the issued of undocumented immigrants on his television debate against Mr. Pat Buchanan.

46. That Robert MENENDEZ and BURON have other encounters Regal Hudson Mall Jersey City 725 state route 440, Hudson County, New Jersey that day [he] want secured guard of bomb squad vehicles as messenger scheme of Cubans are related to terrorism and [he] or his had a dangerous messenger scheme with out acquit.

COUNT 4: VIOLATIONS OF 42 U.S.C. 1983: ENCOREGED THE ACT

54. That life of BURON has become at the exclusive use and occupies of the public harassment including stirring up crime that BURON should take the blame.

56. At the governor election scheme Senator MENENDEZ plaza (sic) for his actual job BURON and his work permit, unemployment benefit was put in limbo.

59. As a result their concerted encouragement act Defendants USCIS Agent Robert McCowan, NJDOMV Agent John Doe. Senator Robert "Bob" MENENDEZ, BURON being deprived of both his life activity and personality and the public has nor right nor use his personality to set example to others in violation 42 U.S.C. sec. 1983.

COUNT 5: INTENTIONAL ABUSE TO CIVIL RIGHT

61. Defendants intention to deliver inflict abused treatment on BURON by intentionally demonstrate to people BURON was, is unwanted, or by violating

right of earning or using political persecution, by threating, coercion, or intimidation, or knew or should have known that that's abusive conduct.

63.  The actions of the Defendants are related with the use of equipment those of espionages to be use against human body and cause mental and physical disturbance.

64.  The abuse connect acts of master and slave and the master is listening with his spy equipments and the slave has to obey or be punish as BURON has been before the public separated from his job and without affection of his family.

From the complaint it can be inferred that Plaintiff has encountered problems in his dealings with the Motor Vehicle Department and other governmental agencies, perhaps suffering from bureaucratic confusions or ineptitude.  Much as one might sympathize with Plaintiff, he has not set forth a claim against any person or agency cognizable under 42 U.S.C. § 1983 or under any other federal statute.  Therefore, his complaint will be dismissed without prejudice.  The court will file an appropriate order.

      /s/ **Dickinson R. Debevoise**
      DICKINSON R. DEBEVOISE
      U.S.S.D.J.

February 19, 2008